**Amended**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America
v.
**Nicole Jones** — Defendant's name

Case No. **CR 06-336-02**

Defendant's phone no.

**YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:**

**PERSONAL PROMISE** [✓]
- **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- [ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.
- [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.
- [ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**FILED NOV 17 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**

[✓] **1) SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000.
Custodian's name: **Janie Jones**
Custodian's address: **16 47th St #103 SE, WDC**
Custodian's phone no.: **583-0890**

[✓] **2) YOU ARE TO REPORT** — [✓] weekly  [ ] in person  [✓] by phone **Monday**  [ ] other-specify  TO  [✓] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.  [ ] Your attorney, whose name and address is shown below.

[✓] **3) YOU ARE TO LIVE** — at **Same as above**  with **w/ mother** (name and relationship to defendant)

[✓] **4a) YOU ARE TO WORK** — [ ] by obtaining a job within ___ days and reporting it to the D.C. Pretrial Services Agency at 442-1000.
[✓] by maintaining your job as **Target - Central Ave Largo, MD**

[ ] **4b) YOU ARE TO STUDY** — [ ] by enrolling in school at ___  [ ] by maintaining your student status at ___

[✓] **5) YOU ARE TO STAY** — [ ] away from the complaining witness.  [✓] Within the D.C. area.

[✓] **6) NARCOTICS** — **C-220 for Drug Evaluation & if positive Program placement by PSA**

[✓] **7) OTHER CONDITION** — **Stay away - 3400 Blk B St. SE, DC / Curfew from 12AM-6AM at above address**

[ ] **8) REARREST** — Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at ___

**NEXT DUE BACK** in Courtroom **28A** at **9:30 AM** on **12-8-06**

**YOUR ATTORNEY: Jonathon Jeffries**
Phone: **208-7500**

**DEFENDANT'S SIGNATURE:** Nicole Jones
**WITNESSED BY:** MTL (DC PSA)

Date **11/17/06**

**SO ORDERED** — Signature of Judge

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT