UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-336-02 (CKK) |
| NICOLE JONES,   , | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT NICOLE JONES'S NOTICE OF FILING**

Ms. Nicole Jones, the defendant, through undersigned counsel, hereby respectfully submits the attached Order, which was discussed and agreed to by the Court and the parties at the status conference held on January 10, 2007.  The attached order permits Ms. Jones relief from her curfew on January 19-21, 2007, so she can stay at her grandmother's house and/or a friend's house in Suitland, Maryland, in celebration of her 19th birthday.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20001
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NICOLE JONES, , )<br>)<br>Defendant. )<br>) | Crim. No. 06-336-02 (CKK) |

### ORDER

Upon consideration of defendant's unopposed oral motion made at te January 10, 2007 status conference, and for the reasons stated on the record and Ms. Jones Notice of Filing,, and for good cause shown, it is this ____ day of _____, 2007, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Ms Jones conditions of release are hereby **MODIFIED** so that she is relived from her curfew for the dates January 19-21, 2007.

All other conditions of release remain the same.

**SO ORDERED.**

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge

Copies to:
Jonathan Jeffress, AFPD

Aaron Mendehlson, AUSA
Tanny Everett, Pretrial Services