UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-336-02 (CKK) |
| ) | |
| NICOLE JONES, , ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of defendant's unopposed oral motion made at te January 10, 2007 status conference, and for the reasons stated on the record and Ms. Jones Notice of Filing,, and for good cause shown, it is this 19th day of January, 2007, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Ms Jones conditions of release are hereby **MODIFIED** so that she is relived from her curfew for the dates January 19-21, 2007.

All other conditions of release remain the same.

**SO ORDERED.**

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge

Copies to:
Jonathan Jeffress, AFPD

2

Aaron Mendehlson, AUSA
Tanny Everett, Pretrial Services