## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 06-336 (CKK) |
| | : | |
| v. | : | Plea Hearing: March 6, 2007 |
| | : | |
| **NICOLE V. JONES** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the attached plea letter dated, February 23, 2007, be made part of the record in this case.

        Respectfully submitted,
        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

        _____/s/_____
        AARON H. MENDELSOHN
        Assistant United States Attorney
        Bar No. 467-570
        Federal Major Crimes Section
        555 4th Street, N.W. (Room 4239)
        Washington, D.C. 20530
        (202) 514-9519

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for Defendant Jones, Jonathan Jeffress, Esquire, this 26th day of February, 2007.

        _____
        Aaron H. Mendelsohn
        Assistant United States Attorney



**U.S. Department of Justice**
United States Attorney
*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

February 23, 2007

**VIA ELECTRONIC FILING**
Jonathan Jeffress, Esq.

Dear Counsel:

      This letter sets forth the entire plea offer to your client from the United States Attorney's Office for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, which is not wired to any other plea offers in this case, please have your client execute this document in the space provided below. This plea offer will expire on Tuesday, March 6, 2007. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

NICOLE V. JONES' Obligations, Acknowledgments and Waivers:

      1. Your client, Nicole V. Jones, agrees to admit guilt and enter a plea of guilty to Count 1 of the superseding information, namely Simple Possession of a Controlled Substance, Marijuana, in violation of Title 21, United States Code, Section 844(a). Your client understands that pursuant to 21 U.S.C. 844(a), the charge carries a penalty of imprisonment of not more than one year, a minimum fine of $1,000.00 (and a maximum of $100,000.00), or both, and that the imposition or execution of a minimum sentence required to be imposed under this subsection shall be suspended or deferred, and a person who violated this subsection shall be fined the reasonable costs of the investigation and prosecution of the offense, except that such a requirement shall not apply and a fine under this section need not be imposed if the court determines under the provision of Title 18 that the defendant lacks the ability to pay. In addition, your client agrees to pay a special assessment of $25 per misdemeanor conviction, where applicable, to the Clerk of the United States District Court for the District of Columbia prior to the date of sentencing. Your client further understands that your client will be sentenced according to 18 U.S.C. Sections 3553(a) and 3553(c) through (f), upon consideration of the United States Sentencing Guidelines Manual ("Sentencing Guidelines"), which will apply to determine your client's guideline range. Your client also understands that pursuant to 18 U.S.C. Section 3571 and Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release and period of probation.

      2. Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, your client is accountable for 214.6 grams of marijuana, which quantity represents the total amount involved in your client's relevant criminal conduct.

      3. The Government agrees that it will not seek any increases in your client's base offense

levels other than those which are agreed to by your client in this agreement. The Government further agrees that it will not seek an upward departure from the otherwise applicable guideline range established by the Sentencing Guidelines. Your client understands and acknowledges that the terms of this paragraph apply only to conduct that occurred prior to the execution of this agreement. Should your client commit any conduct after the date of this agreement that would form the basis for an increase in your client's base offense level or justify an upward departure (examples of which include but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false statements to law enforcement agents, the probation officer or Court), the Government is free under this agreement to seek an increase in the base offense level based on that post-agreement conduct.

4. In addition, your client agrees to waive your client's interest in and not to contest the administrative forfeiture of any property constituting, or derived from, proceeds obtained, directly, or indirectly, as the result of illegal drug trafficking and/or property used or intended to be used to commit or to facilitate illegal drug trafficking. Your client acknowledges and agrees that the Government reserves its right to bring a civil action(s), if necessary, in any jurisdiction for the forfeiture of any of your client's assets, real or personal, that are subject to forfeiture pursuant to any federal statute.

5. The Government agrees not to oppose your client, <u>Nicole Jones</u>, request that she remain on release pending sentencing in this case.

6. The Government also agrees not to oppose your client, <u>Nicole Jones</u>, request that the Court place her on probation (and possible expungement) pursuant to the provisions of Title 18 United States Code Section 3607.

7. In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses. Your client further agrees that the District Judge should make any Sentencing Guidelines determinations.

8. Your client understands that the sentence in this case will be imposed in accordance with 18 U.S.C. Sections 3553(a) and 3553(c) through (f), upon consideration of the <u>United States Sentencing Commission's Guidelines Manual</u>. Your client further understands that the sentence to be imposed is a matter solely within the discretion of the Court. Your client acknowledges that the Court is not obligated to follow any recommendation of the Government at the time of sentencing.

9. Your client understands that this Office reserves its full right of allocation for purposes of sentencing in this matter. In particular, the United States reserves its right to recommend a specific period of incarceration and fine up to the maximum sentence of incarceration and fine allowable by law. In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the

Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any downward departure sentencing motion under Section 5K1.1 of the Sentencing Guidelines, 18 U.S.C. Section 3553(e), or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

10. Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. Such a motion to withdraw shall constitute a breach of this agreement.

THE GOVERNMENT'S OBLIGATIONS, ACKNOWLEDGMENTS AND WAIVERS:

11. This Office will request that the Court dismiss the remaining counts in the indictment in this case at the time of sentencing. Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

12. The Government agrees that the base offense level for the crime to which your client is pleading guilty should be decreased by three levels based upon your client's acceptance of responsibility and will file a motion with the Court, pursuant to Section 3E1.1, provided that your client cooperates and is truthful and candid during the pre-sentence investigation, and does not attempt to obstruct justice, deceive, withhold, or otherwise mislead any law enforcement agent, the Court, the Probation Office or the Government concerning any issue relevant to the imposition of sentence. Your client agrees not to seek any decreases in your client's base offense level other than those which are agreed to by the Government in this paragraph. Your client further agrees not to seek a downward departure for any reason from the otherwise applicable guideline range established by the Sentencing Guidelines. Your client understands and acknowledges that the position of the Government with respect to your client's base offense level, like any other recommendation made by the United States Attorney's Office at the time of sentencing, is not binding on the Probation Office or the Court, neither of which are parties to this agreement. Your client understands and acknowledges that the failure of the Court to sentence your client in accordance with the terms of this paragraph shall not be grounds for your client to withdraw the plea of guilty in this case.

General Conditions

13. This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

14. This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency

of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

      15. There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

                                        Sincerely yours,

                                        JEFFREY A. TAYLOR
                                        UNITED STATES ATTORNEY

                                        _____
                                        AARON H. MENDELSOHN
                                        Assistant United States Attorney
                                        Bar No. 467-570
                                        Federal Major Crimes Section
                                        555 4th Street, N.W. (Room 4239)
                                        Washington, D.C. 20530
                                        (202) 514-9519

DEFENDANT NICOLE V. JONES' ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, <u>Jonathan Jeffress</u>, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date:_____      _____
                                Nicole V. Jones
                                Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, <u>Nicole Jones</u>, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement. I concur in my client's desire to plead guilty as set forth in this agreement.

Date: _____      _____
                                Jonathan Jeffress, Esquire
                                Attorney for Defendant Jones

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 06-336 (CKK) |
| | : | |
| v. | : | Plea Hearing: March 6, 2007 |
| | : | |
| **NICOLE V. JONES** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## UNITED STATES' SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING OF NICOLE V. JONES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

**I.   STATUTORY PROVISION:**

The essential elements of the offense of Unlawful Possession of a Controlled Substance, to wit, marijuana, in violation of 21 U.S.C. Section 844(a) are:

1.   That the defendant possessed a controlled substance; and,

2.   That the defendant did so knowingly and intentionally. This means consciously, voluntarily, and on purpose, not mistakenly, accidentally, or inadvertently; and,

3.   That the substance was marijuana.

In order to establish the first element of this offense, the government must prove beyond a reasonable doubt that the defendant possessed some measurable amount of a controlled substance. A measurable amount is an amount that can be assigned a numerical value, although no particular value must be given.

See District of Columbia Jury Instructions 4.28 (1993) ("Red Book").

**II.   COPY OF THE PLEA AGREEMENT:**

A copy of the defendant's plea agreement, not yet executed by the defendant, defendant's

counsel, or undersigned counsel, will be filed with the Court simultaneously to this Submission.

### III.     FACTUAL PROFFER IN SUPPORT OF NICOLE V. JONES' GUILTY PLEA:

If this case were to go to trial, the Government's evidence would establish the following beyond a reasonable doubt:

On October 19, 2006, at approximately 6:15 p.m., Metropolitan Police Department officers executed a search warrant at 3424 B Street, S.E., Washington, D.C., Apartment #202, where Defendant Nicole Jones lived with her boyfriend at the time, co-defendant Lorenzo Turner. Upon entering the apartment, the officers observed Defendant Jones standing in the kitchen of the apartment. The officers searched the apartment and recovered 214.6 grams of marijuana, in addition to Defendant Jones' clothing and other items including weapons and narcotics, in plain view on top of a bookshelf and on the floor in front of the bookshelf from the master bedroom where Defendant Jones stayed with co-defendant Turner. The DEA conducted forensic analysis of the marijuana recovered from the apartment and confirmed the presence of marijuana with the above net weight.

Defendant Jones knowingly and intentionally possessed, constructively and jointly with co-defendant Turner, the marijuana recovered on and near the bookshelf inside their bedroom.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
AARON H. MENDELSOHN
Assistant U.S. Attorney
555 4th Street, N.W. (Room 4239)
Washington, D.C. 20530
(202) 514-9519

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Jonathan Jeffress, Esquire, Esquire this 26th day of February, 2007.

                                            _____
                                            Aaron H. Mendelsohn
                                            Assistant United States Attorney

DEFENDANT'S ACCEPTANCE

    I have read this submission, including the elements of the offense section, the attached plea agreement, and the factual proffer, and have discussed it with my attorney, Jonathan Jeffress, Esquire. I fully understand this submission and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty.

    I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this submission and the attached plea agreement. I am satisfied with the legal services provided by my attorney in connection with this submission and plea agreement and matters related to it.

Date:_____   _____
                                      Nicole V. Jones
                                        Defendant

ATTORNEY'S ACKNOWLEDGMENT

    I have read each of the pages constituting this submission and the attached plea agreement, reviewed them with my client, Nicole Jones, and discussed the provisions of the submission and agreement with my client, fully. These pages accurately and completely sets forth the entire submission and plea agreement. I concur in my client's desire to plead guilty as set forth in this submission and agreement.

Date: _____   _____
                                        Jonathan Jeffress, Esquire
                                        Attorney for the Defendant