AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court          FILED

─────────── DISTRICT OF ───────────          MAR - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                              **WAIVER OF INDICTMENT**

CASE NUMBER: 06-cr-336.02

I, _Nino Jones_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___7/6/07___ prosecution by indictment and consent that the
                                 Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Colleen Kollar-Kotelly_
       Judicial Officer