## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Case No. 06-336 (CKK)** |
| | : | |
| **v.** | : | **Plea Hearing: March 6, 2007** |
| | : | |
| **NICOLE V. JONES** | : | |
| | : | |
| **Defendant.** | : | |

**FILED**

MAR − 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES' SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING OF NICOLE V. JONES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

### I.    STATUTORY PROVISION:

The essential elements of the offense of Unlawful Possession of a Controlled Substance, to wit, marijuana, in violation of 21 U.S.C. Section 844(a) are:

1.    That the defendant possessed a controlled substance; and,

2.    That the defendant did so knowingly and intentionally.  This means consciously, voluntarily, and on purpose, not mistakenly, accidentally, or inadvertently; and,

3.    That the substance was marijuana.

In order to establish the first element of this offense, the government must prove beyond a reasonable doubt that the defendant possessed some measurable amount of a controlled substance. A measurable amount is an amount that can be assigned a numerical value, although no particular value must be given.

See District of Columbia Jury Instructions 4.28 (1993) ("Red Book").

## II.    COPY OF THE PLEA AGREEMENT:

A copy of the defendant's plea agreement, not yet executed by the defendant, defendant's counsel, or undersigned counsel, will be filed with the Court simultaneously to this Submission.

## III.    FACTUAL PROFFER IN SUPPORT OF NICOLE V. JONES' GUILTY PLEA:

If this case were to go to trial, the Government's evidence would establish the following beyond a reasonable doubt:

On October 19, 2006, at approximately 6:15 p.m., Metropolitan Police Department officers executed a search warrant at 3424 B Street, S.E., Washington, D.C., Apartment #202, where Defendant Nicole Jones lived with her boyfriend at the time, co-defendant Lorenzo Turner. Upon entering the apartment, the officers observed Defendant Jones standing in the kitchen of the apartment. The officers searched the apartment and recovered 214.6 grams of marijuana, in addition to Defendant Jones' clothing and other items including weapons and narcotics, in plain view on top of a bookshelf and on the floor in front of the bookshelf from the master bedroom where Defendant Jones stayed with co-defendant Turner. The DEA conducted forensic analysis of the marijuana recovered from the apartment and confirmed the presence of marijuana with the above net weight.

Defendant Jones knowingly and intentionally possessed, constructively and jointly with co-defendant Turner, the marijuana recovered on and near the bookshelf inside their bedroom.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By:    _____
AARON H. MENDELSOHN
Assistant U.S. Attorney
555 4th Street, N.W. (Room 4239)
Washington, D.C. 20530
(202) 514-9519

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Jonathan Jeffress, Esquire, Esquire this 26 th day of February, 2007.

_____
Aaron H. Mendelsohn
Assistant United States Attorney

3

## DEFENDANT'S ACCEPTANCE

I have read this submission, including the elements of the offense section, the attached plea agreement, and the factual proffer, and have discussed it with my attorney, Jonathan Jeffress, Esquire. I fully understand this submission and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this submission and the attached plea agreement. I am satisfied with the legal services provided by my attorney in connection with this submission and plea agreement and matters related to it.

Date: 3/6/07

Nicole V. Jones
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this submission and the attached plea agreement, reviewed them with my client, Nicole Jones, and discussed the provisions of the submission and agreement with my client, fully. These pages accurately and completely sets forth the entire submission and plea agreement. I concur in my client's desire to plead guilty as set forth in this submission and agreement.

Date: 3/6/07

Jonathan Jeffress, Esquire
Attorney for the Defendant

4