UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-336-02 (CKK) |
| NICOLE JONES, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT NICOLE JONES'S UNOPPOSED MOTION
TO MODIFY TEMPORARILY CONDITIONS OF RELEASE**

Ms. Nicole Jones, the defendant, through undersigned counsel, hereby respectfully submits this Unopposed Motion to Modify Temporarily Conditions of Release. Specifically, Ms. Jones would like to spend this weekend – March 23-26, 2007 – at her grandmother's home in Suitland, Maryland. Undersigned counsel contacted her case manager, Tammy Everett, who reports that Ms. Jones is currently in full compliance with her conditions of release. Furthermore, the AUSA assigned to this case, Aaron Mendehlson, does not oppose the relief requested in this Motion. Ms. Jones is currently pending sentencing for the misdemeanor of possession of marijuana, in violation of 21 U.S.C. § 844. Undersigned counsel is also pleased to report that Ms. Jones now has, consistent with the Court's wishes, obtained employment. She is working as a security guard.

WHEREFORE, the defense respectfully requests that the Court enter the attached Order, permitting Ms. Jones to spend the weekend at her grandmother's house in Suitland, Maryland.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No. 06-336-02 (CKK) |
| | ) | |
| **NICOLE JONES,** , | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of defendant's unopposed Motion, and for good cause shown, it is this ____ day of _____, 2007, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Ms Jones' conditions of release are hereby **MODIFIED** so that she is relieved from her curfew for the dates March 23-26, 2007.

All other conditions of release remain the same.

**SO ORDERED.**

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge

Copies to:
Jonathan Jeffress, AFPD
Aaron Mendehlson, AUSA
Tanny Everett, Pretrial Services