UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 06-336-02 (CKK)
)
NICOLE JONES, , )
)
Defendant. )

## ORDER

Upon consideration of defendant's unopposed Motion, and for good cause shown, it is this 22nd day of March, 2007, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Ms Jones' conditions of release are hereby **MODIFIED** so that she is relieved from her curfew for the dates March 23-26, 2007 when she is visiting her grandmother in Suitland, Md.

All other conditions of release remain the same.

**SO ORDERED.**

The Honorable Colleen Kollar-Kotelly
United States District Judge

Copies to:
Jonathan Jeffress, AFPD
Aaron Mendehlson, AUSA
Tanny Everett, Pretrial Services