UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 06-336 (CKK) |
| | : | |
| v. | : | Sentencing Date: June 14, 2007 |
| | : | |
| **NICOLE V. JONES,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case.

1. Pursuant to a plea agreement, Defendant pled guilty on March 6, 2007, to a one-count superceding information charging her with Simple Possession of a Controlled Substance (marijuana), a Class A misdemeanor, in violation of Title 21 U.S.C. Section 844(a).

2. Defendant has no prior juvenile adjudications or adult criminal convictions.

3. Based upon a total offense level of 2, and Defendant's criminal history category of I, the applicable guideline range of imprisonment is 0 to 6 months. The statutorily authorized maximum sentence for a violation of Title 21 U.S.C. Section 844(a) is 1 year.

4. Pursuant to Defendant's March 6, 2007 guilty plea, Defendant acknowledged certain relevant criminal conduct in her factual proffer. Defendant acknowledged that on October 19, 2006, she was in the kitchen of the apartment in which she lived with her boyfriend at the time, co-defendant Lorenzo Turner, when Metropolitan Police Department officers (MPD) executed a search warrant on co-defendant Turner's apartment. Among other illegal contraband recovered by MPD in the apartment was 214.6 grams of marijuana in plain view in the master bedroom where

Defendant stayed with co-defendant Turner. Defendant acknowledged that she possessed, constructively and jointly with co-defendant Turner, the marijuana recovered inside their bedroom.

5. In this case, given Defendant's minimal role in the above offense, her early acceptance of responsibility, and her compliance with all of the conditions of release between the date of her guilty plea and the date of sentencing, the Government reaffirms its non-opposition in the plea agreement to the Court placing Defendant on probation for one year pursuant to the provisions of Title 18 U.S.C. Section 3607. In particular, during this period of probation, the Government respectfully requests that Defendant complete her high school education, that she remain employed when not in school, that she undergo mandatory random drug-testing, that she comply with a curfew from 12:00 a.m. to 6:00 a.m., and that she complete fifty hours of community service.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 498-610

By:  _____/s/_____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 467-570

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon counsel for the defendant, Jonathan Jeffress, Esquire, this 1st day of June, 2007.

_____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY