CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, D.C. 20001

**June 8, 2007**

UNITED STATES OF AMERICA

v.                                                          Criminal No. **06cr336-02**

**NICOLE JONES**

## CRIMINAL NOTICE

Please be advised that the Sentencing previously set for June 14, 2007, in the above entitled case has been RESCHEDULED in Court as set out below:

| | |
|---|---|
| CASE SET FOR: | **SENTENCING** |
| DATE: | **WEDNESDAY, JUNE 20, 2007** |
| TIME: | **10:30 A.M.** |
| JUDGE: | **COLLEEN KOLLAR-KOTELLY** |
| COURTROOM: | **NO. 28A** |

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By: _____ Dorothy Patterson _____
Deputy Courtroom Clerk

cc:    Chambers
       File
       Courtroom Clerk
       Jonathan Jeffress, Esq.
       Aaron Mendelson, AUSA
       Tennille Losch, U.S. Probation Officer
       Pretrial Services Agency