# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 06-336-02 (CKK)** |
| | ) | |
| **NICOLE JONES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT NICOLE JONES'S MEMORANDUM IN AID OF SENTENCING

Ms. Nicole Jones, the defendant, through undersigned counsel, hereby respectfully submits this Memorandum in Aid of Sentencing. Under the facts and circumstances of this case, as set forth in the PSR and below, the defense respectfully submits that the Court should place Ms. Jones on probation before judgment, consistent with 18 U.S.C. § 3607. Furthermore, for both reasons of fairness and efficiency, the Court should impose standard conditions of probation that do not include a curfew or community service.

1. Ms. Jones comes before the Court after pleading guilty to one count of simple possession of marijuana, in violation of 21 U.S.C. § 844. As set forth in the plea agreement and re-affirmed in the Government's Memorandum in Aid of Sentencing, the government does not oppose placing Ms. Jones on probation before judgment, pursuant to 18 U.S.C. § 3607. See Gov. Mem. at 2. That provision is available for defendants who have plead guilty to an offense under 21 U.S.C. § 844 and who have no prior convictions or prior dispositions under section 3607. Such defendants may be "placed . . . on probation for a term of not more than one year without entering a judgment of conviction." 18 U.S.C. § 3607. "At the expiration of the term of

probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." Id.

2.     Ms. Jones meets the requirements for a disposition under 18 U.S.C. § 3607.  Her offense falls under section 844 and she has no prior convictions or dispositions under section 3607.  Moreover, as set forth below, both  (1) Ms. Jones's offense conduct in this case; and (2) Ms. Jones's conduct since her arrest, provide this Court with very good reasons to afford Ms. Jones the opportunity of probation before judgment and subsequent expungement of the arrest and charge in this case from her record.

With respect to the offense conduct, the offense involves marijuana–generally considered the least harmful of the illegal drugs.  It is of note that Ms. Jones would still be eligible for a disposition under section 3607 even if the drug she possessed had been crack, heroin, or another more dangerous drug.  Moreover, the Court should consider that Ms. Jones became involved in this situation because of her boyfriend, Lorenzo Turner.  When Ms. Jones and Mr. Turner started dating three years prior to their arrest, Ms. Jones was 16 years old.  See PSR ¶ 32.  Mr. Turner told Ms. Jones at the time that he was 18, when in fact he was 21.  See id.

As their relationship continued, Mr. Turner became physically abusive.  See id.  When Ms. Jones attempted to break off the relationship, Mr. Turner abused her further, one time punching her in the ear so hard that she was admitted to the hospital.  See id., ¶ 37; see also Ex. 1 (hospital records).  Ms. Jones reported Mr. Turner to the Metropolitan Police Department on two occasions, including one time when Mr. Turner came to Ms. Jones house and tried to force himself in through a window.  See Ex. 2 (police reports).  Both times, the charges against Mr.

Turner were dismissed.

With respect to Ms. Jones's conduct since her arrest and her compliance with release conditions, Ms. Jones has done everything this Court, the government, and Pretrial Services have asked her to. <u>See</u> PSR ¶ 35. In over eight months of supervision, she has never tested positive for illegal drugs and has complied with her curfew. Respectfully, Ms. Jones has earned the right to the proposed disposition under section 3607.

3. In sum, Ms. Jones is exactly as she appears to be: a very kind, well-intentioned young woman who made a bad choice in choosing a boyfriend and became trapped in a bad situation. <u>See</u> Ex. 3 (letters from friend of Ms. Jones). It is in no one's interest to have this mistake haunt her for the rest of her life by having a conviction on her record. Ms. Jones should accordingly be given a chance at probation before judgment.

4. In addition, the defense respectfully submits that the Court **should not impose a curfew**. Ms. Jones, a 19 year old, has diligently complied with a midnight curfew for over eight months now. She has earned a chance to be trusted without a curfew. Furthermore, Ms. Jones should be allowed to spend nights away from her mother's home, including at her grandmother's home, without the necessity of a court order and all that goes into that, which includes expending the resources of, <u>inter</u> <u>alia</u>, this Court and undersigned counsel. As the Court is aware, it is not always easy to arrange for advance approval of Court orders allowing relief from a curfew. Obtaining such orders involves communications among pretrial services/probation, the government, defense counsel, and the Court. All of the necessary personnel are not always just a phone call away. In addition, undersigned counsel is uncertain that the Probation Office, which will supervise Ms. Jones, even has the ability to monitor a curfew in the absence of electronic

monitoring.  In sum, a curfew is not justified at this point in the case, and would also be a waste of scarce judicial resources.

The Court should also decline to impose community service.  Ms. Jones needs to focus on getting her high school diploma, maintaining her employment, and advancing her career.  She wants to be a real estate agent, and based on her interactions with the undersigned, she has all the personal skills necessary to succeed in that field.  Ms. Jones's hands will be full with the foregoing, and the Court should accordingly decline to impose a community service obligation.

<u>CONCLUSION</u>

WHEREFORE, the defense respectfully submits the above information and requests that the Court place Ms. Jones on probation before judgment, pursuant to 18 U.S.C. § 3607.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
<u>Counsel for Nicole Jones</u>
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

# EXHIBIT 1

# WASHINGTON HOSPITAL CENTER

| DATE/TIME | PROGRESS NOTES | PROBLEMS THIS VI: |
|---|---|---|
| | Ent | NEW / OLD |
| 6/12/06 | 18 y/old ♀ | NEW / OLD |
| | | NEW / OLD |
| | c/o: blood in the left Ear. / Hearing | NEW / OLD |
| | Allegna ℞     Post Trauma. | NEW / OLD |
| | | MEDICATION |
| | P.E: Possible Perf Ⓛ T.M. | |
| | Ⓡ Ear w.n.l. | |
| | | MEDICATION CHANGES T |
| | nose / Throat w.n.l. | |
| | Ⓟ D.A.E. | |
| | | DIAGNOSTIC STUDIES |
| | | |
| | | |
| | | REFERRAL OR DISPOS: |
| | | |
| | | RTC: |
| SIGNATURE: | | DATE |

**PROGRESS NOTES**

2

2563605    *2563605*
JONES                              V    F
NICOLE    KHOSROW   01/21/1988
MAKKI,                                  *
                                        *



Washington
Hospital Center    *MedStar Health®*

**ACC FOLLOWUP ASSESSMENT**

| INTAKE | | | | | |
|---|---|---|---|---|---|
| **Date/Initials** | 6/20/05  ∅ | 12/28/05 SD | 1-6-06 ☞ | 6/12/06 ☞ | |
| **Clinic** | MED AOC GYN | | ADL GYN | ENT | |
| **REASON FOR VISIT** PPW —— HT 5'4" LMP Middle of 5/2005 | GYN EXAM birth control wpt ⊟ | Vaginal pmts for 4 months + D&O. | follow up | c/o blood in Ear. | |
| **VITAL SIGNS** BP   P | 97/48  63 | 128/84  73 | 106/73  78 | 112/62  76 | |
| T   WT | 98.3  112.1 | 97.4  112.5 | 97  110.8 | 98.5°  116 | |
| **Blood Glucose** | NA | | | | |
| **Labstix** | | | | | |
| **Protein/Glucose** | | | | | |

| **PAIN HISTORY PROFILE** **PAIN ASSESSMENT Every Visit** *Pain Rating Scale:* 0 = None 1-2 = Mild 3-4 = Discomforting 5-6 = Distressing 7-8 = Horrible 9-10= Pain as bad as can possibly be | Pain: ☑ No: *Refer to Discharge Section* ☐ Yes: *Answer all questions below* **Pain Rating Scale:** (0~10) _____ **Pain Location:** _____ | Pain: ☑ No: *Refer to Discharge Section* ☐ Yes: *Answer all questions below* **Pain Rating Scale:** (0~10) _____ **Pain Location:** _____ | Pain: ☑ No: *Refer to Discharge Section* ☐ Yes: *Answer all questions below* **Pain Rating Scale:** (0~10) _____ **Pain Location:** _____ | Pain: ☑ No: *Refer to Discharge Section* ☐ Yes: *Answer all questions below* **Pain Rating Scale:** (0~10) _____ **Pain Location:** _____ | Pain: ☐ No: *Refer to Discharge Section* ☐ Yes: *Answer all questions below* **Pain Rating Scale:** (0~10) _____ **Pain Location:** _____ |
| | **Describe your pain:** ☐ burning ☐ dull ☐ sharp ☐ heavy ☐ cramping ☐ continuous ☐ intermittent ☐ shooting ☐ pins & needles | **Describe your pain:** ☐ burning ☐ dull ☐ sharp ☐ heavy ☐ cramping ☐ continuous ☐ intermittent ☐ shooting ☐ pins & needles | **Describe your pain:** ☐ burning ☐ dull ☐ sharp ☐ heavy ☐ cramping ☐ continuous ☐ intermittent ☐ shooting ☐ pins & needles | **Describe your pain:** ☐ burning ☐ dull ☐ sharp ☐ heavy ☐ cramping ☐ continuous ☐ intermittent ☐ shooting ☐ pins & needles | **Describe your pain:** ☐ burning ☐ dull ☐ sharp ☐ heavy ☐ cramping ☐ continuous ☐ intermittent ☐ shooting ☐ pins & needles |
| | **How long does your pain last?** ☐ < 30 minutes ☐ 30 – 60 minutes ☐ > 60 minutes | **How long does your pain last?** ☐ < 30 minutes ☐ 30 – 60 minutes ☐ > 60 minutes | **How long does your pain last?** ☐ < 30 minutes ☐ 30 – 60 minutes ☐ > 60 minutes | **How long does your pain last?** ☐ < 30 minutes ☐ 30 – 60 minutes ☐ > 60 minutes | **How long does your pain last?** ☐ < 30 minutes ☐ 30 – 60 minutes ☐ > 60 minutes |
| | **How frequently do you have pain?** ☐ 1 – 2 x hr ☐ > 3 x hr ☐ < 1 x hr | **How frequently do you have pain?** ☐ 1 – 2 x hr ☐ > 3 x hr ☐ < 1 x hr | **How frequently do you have pain?** ☐ 1 – 2 x hr ☐ > 3 x hr ☐ < 1 x hr | **How frequently do you have pain?** ☐ 1 – 2 x hr ☐ > 3 x hr ☐ < 1 x hr | **How frequently do you have pain?** ☐ 1 – 2 x hr ☐ > 3 x hr ☐ < 1 x hr |
| | **What level of pain is unacceptable to you?** 0 – 10: _____ | **What level of pain is unacceptable to you?** 0 – 10: _____ | **What level of pain is unacceptable to you?** 0 – 10: _____ | **What level of pain is unacceptable to you?** 0 – 10: _____ | **What level of pain is unacceptable to you?** 0 – 10: _____ |
| | **When you have pain, what helps to relieve pain?** ☐ prescriptions ☐ over-the-counter ☐ herbal ☐ other *(specify)* | **When you have pain, what helps to relieve pain?** ☐ prescriptions ☐ over-the-counter ☐ herbal ☐ other *(specify)* | **When you have pain, what helps to relieve pain?** ☐ prescriptions ☐ over-the-counter ☐ herbal ☐ other *(specify)* | **When you have pain, what helps to relieve pain?** ☐ prescriptions ☐ over-the-counter ☐ herbal ☐ other *(specify)* | **When you have pain, what helps to relieve pain?** ☐ prescriptions ☐ over-the-counter ☐ herbal ☐ other *(specify)* |
| | **When you have pain, what makes pain worse?** | **When you have pain, what makes pain worse?** | **When you have pain, what makes pain worse?** | **When you have pain, what makes pain worse?** | **When you have pain, what makes pain worse?** |
| | **Have you experienced a decrease in function or quality of life due to pain?** ☐ no ☐ yes* *(*If yes explain:)* | **Have you experienced a decrease in function or quality of life due to pain?** ☐ no ☐ yes* *(*If yes explain:)* | **Have you experienced a decrease in function or quality of life due to pain?** ☐ no ☐ yes* *(*If yes explain:)* | **Have you experienced a decrease in function or quality of life due to pain?** ☐ no ☐ yes* *(*If yes explain:)* | **Have you experienced a decrease in function or quality of life due to pain?** ☐ no ☐ yes* *(*If yes explain:)* |

**ACC FOLLOW-UP ASSESSMENT**

DATE

PATIENT LABEL

2563605
JONES
NICOLE
WOO, JASON          V   F
114200728    01/21/1988
06/20/05



FORM 1204    REV. 03/20/04    93-4178-S

**HEARING AND SPEECH CENTER**
**110 Irving Street, NW**
**Washington, DC 20010**
**(202)877-6717 • Fax (202)877-5192**

Washington
Hospital Center
*MedStar Health*

*2563605*.
JONES
NICOLE
MAKKI, KHOSROW    01/21/1988    V  F

Patient Name: _____

Appointment Date/Tir    *        *
                        *        *

## DIAGNOSTIC SERVICE REQUESTED

### AUDIOLOGIC SERVICES

- [x] Diagnostic Audiometric Evaluation
- [ ] Auditory Brainstem Evoked Response  (ABR, BSER)
- [ ] Hearing Aid Evaluation

  *This patient has been medically evaluated and may be considered a candidate for a hearing aid.*

  *7-12-06 9:30*

- [ ] Electronystagmography (ENG)
  - [ ] With CRM if indicated by ENG results
- [ ] Canalith Repositioning Manuever (CRM)
- [ ] Electrocochleography (ECOG)
- [ ] Otoacoustic Emissions (OAE)
- [ ] Cochlear Implant Evaluation
- [ ] (Central) Auditory Processing Evaluation

### SPEECH SERVICES

- [ ] Videostroboscopy
- [ ] Voice Evaluation, includes Videostroboscopy unless otherwise requested
- [ ] Speech/Language Evaluation for_____
- [ ] Modified Barium Swallow
- [ ] Preoperative Laryngectomy Consult
- [ ] Preoperative Tracheoesophageal Puncture Consult
- [ ] Cognitive Linguistic Evaluation
- [ ] Fiberoptic Endoscopic Evaluation of Swallowing (fees)

Additional Information:

*Possible T.M. Perf in (L)*

*Ear / Post trauma*

*K Makki* _____ MD, Date: *6/12/06*



Washington
Hospital Center

*MedStar Health*

Appt 7/7/06

Refer to Interdisciplinary Problem List for updating the Plan of Care.
All Progress Notes should include problem, plan/goals, and patient response, outcome.

| DATE & TIME | PROGRESS NOTES |
|---|---|
| 7/12/06 | **Hearing & Speech Center** |

18 y/o APM Referred by ENT for **Diagnostic Audiometric Evaluation**

**History – Chief Complaint:**

| | Hearing Loss ☐ Denies ☐ Reports: | Otalgia / aural pressure (L) |
|---|---|---|
| | Tinnitus ☐ Denies ☑ Reports: | S/P trauma To (L) side of |
| **Abbreviation** | ME Sx ☐ Denies ☐ Reports: (Pain = ) | head 2 months ago. |
| **Key:** | Vertigo ☑ Denies ☐ Reports: (Falls = ) | Pt reports Sx have |
| **ME =** | Loud Sound ☐ Denies ☐ Reports: | improved and denies |
| **Middle Ear** | Medical Hx ☐ Denies ☐ Reports: | current otalgia (ear pain = 0) but |
| **MEP =** | Other ☐ Denies ☐ Reports: | reports continued aural pressure |
| **Middle Ear** | **Diagnostic Audiometric Evaluation** | She denies vertigo or falls in the |
| **Pressure** | **Immittance:** | past mo. |

**HL** — Hearing Loss

Normal ME pressure + mobility ⊕ present reflexes and (L) decay bilaterally.

**SN =** Sensorineural

**Speech Awareness / Reception Thresholds:**
WNL bilaterally.

**CHL =** Conductive HL

**Word Recognition Ability:**
WNL bilaterally.

**MHL =** Mixed HL

**Hearing for Pure-Tones:**
WNL 250 – 8000 Hz bilaterally.

**CNC=** Could Not Condition

**Otoacoustic Emissions:** N/A

**WNL =** Within Normal Limits

**Impressions:** Normal hearing and middle ear function bilaterally.

**DNT =** Did Not Test

**CNT =** Could Not Test

**Recommendations:**
ENT flu. as planned.

**NA =** Not Applicable

(8/5/06)

Clinical Audiologist

JONES  NICOLE  V
ENT  M.R. NO. 2563605   HOSP. NO. 117815365   V

SPECIMEN:                    PT. AGE   #B
                            DATE

## Page 2

**In the last 3 months, have you experienced any of the following?**

|  | Yes | No |  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Kidney stones? | [ ] | [✓] | Arm weakness? | [ ] | [✓] | Excessive bruising? | [ ] | [✓] |
| Frequent urination? | [ ] | [✓] | Leg weakness? | [ ] | [✓] | Excessive bleeding? | [ ] | [✓] |
| Urinating blood? | [ ] | [✓] | Fainting? | [ ] | [✓] | Diabetes? | [ ] | [✓] |
| Kidney disease? | [ ] | [✓] | Numbness? | [ ] | [✓] | Thyroid problems? | [ ] | [✓] |
| HIV? | [ ] | [✓] | Seizures? | [ ] | [✓] | Depression? | [✓] | [ ] |
| Hepatitis? | [ ] | [✓] | Paralysis? | [ ] | [✓] | Seasonal allergies? | [ ] | [✓] |
| Clots in the legs? | [ ] | [✓] | Gout? | [ ] | [✓] | Immune deficiency? | [ ] | [✓] |
| Arthritis? | [ ] | [✓] | Anemia? | [ ] | [✓] | Leukemia/Lymphoma? |  |  |

If you answered "yes" to any of the above, please explain: _____

_____

_____

**Are you currently experiencing any of the following?  If yes, explain:**

[ ] Hoarse voice _____

[ ] Trouble swallowing _____

[ ] Pain on swallowing _____

[ ] Neck mass _____

[✓] Spinning dizziness _Blacking out occassionally_

[ ] Ringing of ears _____

[✓] Ear drainage or pain _partial hearing loss_

[✓] Hearing loss _____

[ ] Difficulty breathing from nose _____

[ ] Bloody nose _____

**Reviewed by:** _____  **Date:** _____

53605    *2563605*                                    256360

JONES                                      V   F
NICOLE
MAKKI, KHOSROW  01/21/1988

# EXHIBIT 2

# Metropolitan Police Department
## Incident Based Event Report
Washington, D.C.

## PART I - CLASSIFICATION OF EVENT

**TYPE OF REPORT**
- ● Offense
- ○ Incident

**FILL IN THE OVALS COMPLETELY**
Right Mark ●
Wrong Marks ⊘ ⊗

**2 DATE AND TIME OF EVENT**

Start Date: 1 9 06  Start Time: 19:45
End Date: 1 9 06  End Time: 19:59

**3 DATE OF REPORT:** 1 9 06
**4 TIME OF REPORT:** 20:47

**5 DISTRICT:** 6
**6 SECTOR:** D
**7 BEAT:** 604
**COMPLAINT NUMBER:** 081536

**EVENT LOCATION ADDRESS**
#10 49th Street S.E. #103

- ○ Rear of
- ○ In front of
- ○ Along side of
- ● Inside of

- ○ NW Corner
- ○ NE Corner
- ○ SW Corner
- ○ SE Corner

**10 REPORT RECEIVED BY**
- ○ TRU
- ○ Walk-in
- ● On-scene
- ○ Radio run

**11 IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?**
- ● Yes  ○ No

**12 PROPERTY TYPE**
- ○ Public
- ● Private

**13 EVENT NO. 1**
Burglary I

**14 EVENT NO. 2**
Simple Assault 0431

**15 EVENT NO. 3**

**16 FORCED ENTRY**
- ● Yes
- ○ No

**17 POINT OF ENTRY**
Window

**18 a. Method Used**
Kicked

**b. Tools Used**
foot

**19 WEATHER CONDITIONS**
- ○ Clear  ● Rain  ○ Other
- ○ Cloudy  ○ Snow  ○ Not applicable
- ○ Unknown

**20 SUSPECTED HATE CRIME?**
- ● None  ○ Ethnic  ○ Sexual Orientation
- ○ Racial  ○ Religious  ○ Other

**21 SECURITY SYSTEM (Mark all that apply)**
- ○ Alarm/Audio  ● Camera  ○ Dead bolt
- ○ Alarm/Silent  ○ Dog  ○ Unlocked
- ○ Exterior lights  ○ Fence
- ● Interior lights  ○ Guard
- ○ Neighborhood watch  ○ Not applicable
- ○ Other  ○ Unknown

**22 LOCATION TYPE (Mark only one)**
- ○ Air/Bus/Train terminal
- ○ Alley
- ○ Bank/Savings & loan
- ○ Bus stop
- ○ Church/Synagogue/Temple
- ○ College/University
- ○ Commercial office building
- ○ Construction site
- ○ Convenience store
- ○ Department/Discount store
- ○ D.C. government building
- ○ Doctor's office/Hospital
- ○ Drug store
- ○ Federal/Government bldg.
- ○ Field/Woods
- ○ Grocery/Supermarket
- ○ Hotel/Motel/Etc.
- ○ Jail/Prison
- ○ Lake/Waterway
- ○ Liquor store
- ○ Park area
- ○ Parking lot/Parking garage
- ○ Public housing project
- ○ Public/Private school
- ○ Rental storage facility
- ● Residence/Home
- ○ Restaurant
- ○ Service station
- ○ Sidewalk
- ○ Specialty store
- ○ Street/Highway/Road
- ○ Tavern/Night club
- ○ Other
- ○ Not applicable
- ○ Unknown

**23 DESIGNATED AREAS (Mark all that apply)**
- ○ Victim's vehicle
- ○ Suspect's vehicle
- ○ Taxi-cab
- ○ Bus
- ○ Train/Metro/Amtrak/Etc.
- ○ Hallway
- ○ Elevator
- ○ Stairwell
- ○ Basement/Laundry room
- ● Apartment/Condo unit
- ○ Single family dwelling
- ○ Hotel/Motel room
- ○ College/University dorm
- ○ Classroom
- ○ Office room
- ○ Vacant building/room
- ○ Customer area
- ○ Storage area
- ○ In public housing
- ○ W/in 1 block of public housing
- ○ W/in 1,000 ft. of school
- ○ Other
- ○ Not applicable
- ○ Unknown

## PART II - VICTIM INFORMATION

**24 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1**
Jones, Nicole Victoria

**25 RELATED TO EVENT NO(S).**
① ② ③ ④ ⑤
⑥ ⑦ ⑧ ⑨ ⑩

**26 VICTIM TYPE**
- ● Individual
- ○ Business
- ○ Government
- ○ Financial inst.
- ○ Religious org.
- ○ Society/Public
- ○ Police officer
- ○ Other

**27 DATE OF BIRTH**
○ Unknown  ○ NA
Month: Feb  Day: 2 18  Year: 88

**28 AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ● 18-65 yrs.
- ○ Over 65

**29 SEX**
- ○ Male
- ● Female
- ○ Unknown

**30 HOME PHONE**
(202) 583-0890

**31 BUSINESS PHONE**
( ) n/a

**32 RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native
- ○ Asian/Pacific Islander
- ● Black
- ○ Chinese
- ○ Latino/Hispanic
- ○ Jamaican
- ○ Japanese
- ○ Korean
- ○ Vietnamese
- ○ White
- ○ Other
- ○ Unknown/Refused

**33 HOME ADDRESS**
● DC Resident  ○ Non-DC Resident  ○ Unknown
#10 49th Street S.E. #103

**34 BUSINESS ADDRESS/SCHOOL**
n/a

**35 OCCUPATION**
Unemployed

**36 IS EVENT RELATED TO OCCUPATION?**
- ○ Yes  ● No  ○ Unknown

**37 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

**38 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1**

**39 RELATED TO EVENT NO(S).**
① ② ③ ④ ⑤
⑥ ⑦ ⑧ ⑨ ⑩

**40 VICTIM TYPE**
- ○ Individual
- ○ Business
- ○ Government
- ○ Financial inst.
- ○ Religious org.
- ○ Society/Public
- ○ Police officer
- ○ Other

**41 DATE OF BIRTH**
○ Unknown  ○ NA
Month  Day  Year

**42 AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ○ 18-65 yrs.
- ○ Over 65

**43 SEX**
- ○ Male
- ○ Female
- ○ Unknown

**44 HOME PHONE**
( )

**45 BUSINESS PHONE**
( )

**46 RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native
- ○ Asian/Pacific Islander
- ○ Black
- ○ Chinese
- ○ Latino/Hispanic
- ○ Jamaican
- ○ Japanese
- ○ Korean
- ○ Vietnamese
- ○ White
- ○ Other
- ○ Unknown/Refused

**47 HOME ADDRESS**
○ DC Resident  ○ Non-DC Resident  ○ Unknown

**48 BUSINESS ADDRESS/SCHOOL**

**49 OCCUPATION**

**50 IS EVENT RELATED TO OCCUPATION?**
- ○ Yes  ○ No  ○ Unknown

**51 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

**STATUS (Mark one)**
- ● Open  ○ Closed  ○ Closed by arrest, attach PD-252
- ○ Unfounded  ○ Suspended

**53 REVIEWER**

**54 DISTRIBUTION**

251  4/99

Printed in U.S.A.

PAGE 1

**55** IS VICTIM #1 THE REPORTING PERSON? # NO.
ENTER THE NAME, ADDRESS AND PHONE
NUMBER OF THE REPORTING PERSON.
○ Yes  ○ No

Name: _____
Address: _____
Phone-Area Code: _____

**56** DID THE REPORTED EVENT OCCUR AS A
RESULT OF AN INTRA-FAMILY MATTER?
● Yes  ○ No

**56A** WAS PD FORM 378A ISSUED?
○ Yes  ● No

**57** IS CPO/TPO OUTSTANDING?
○ Yes  ● No  ○ Unknown
IF YES, ENTER CPO/TPO #:

**58** INJURIES  Use the following codes
to describe injuries.
(Mark all that apply)

N = None Visible
M = Apparent Minor Injury
B = Apparent Broken Bones

O = Other Major Injury
I = Possible Internal Injury
G = Gunshot

L = Severe Laceration
T = Loss of Teeth
U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ○ Victim | ① ② ③ ④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ① ② ③ ④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |
| ○ Victim | ① ② ③ ④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ① ② ③ ④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |
| ○ Victim | ① ② ③ ④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ① ② ③ ④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |
| ○ Victim | ① ② ③ ④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ① ② ③ ④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |

## PART III · PROPERTY

**59** Codes

S = Stolen
E = Evidence
R = Recovered
F = Found

I = Impounded
V = Vehicle from which
theft occurred
D = Alleged drug type

L = Lost
P = Suspected proceeds of crime
O = Other

a. Property Book & Page No.

b. Location of Property Book

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**60** VEHICLE INFORMATION    Vehicle operated/used by:  ○ Victim  ○ Suspect  ○ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PART IV · SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**61**

**#1**
○ Suspect
○ Missing

a. Race
○ Asian  ○ White
○ Black  ○ Latino/Hispanic

○ Unknown
○ Other

b. Sex
○ Male  ○ Unknown
○ Female

c. Exact Age or Range   d. Height   e. Weight   f. Eyes   g. Hair

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol  ○ Drugs |
| | | | | | | | | ○ Computer  ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

Firearm
○ Handgun  ○ Shotgun  ○ Other
○ Revolver  ○ Semi-automatic  firearm
○ Rifle  ○ Automatic

Other
○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)
○ Blunt object  ○ None
○ Motor vehicle  ○ Unknown

Color   Make   Model   Caliber

**62**

**#2**
○ Suspect
○ Missing

a. Race
○ Asian  ○ White
○ Black  ○ Latino/Hispanic

○ Unknown
○ Other

b. Sex
○ Male  ○ Unknown
○ Female

c. Exact Age or Range   d. Height   e. Weight   f. Eyes   g. Hair

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol  ○ Drugs |
| | | | | | | | | ○ Computer  ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

Firearm
○ Handgun  ○ Shotgun  ○ Other
○ Revolver  ○ Semi-automatic  firearm
○ Rifle  ○ Automatic

Other
○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)
○ Blunt object  ○ None
○ Motor vehicle  ○ Unknown

Color   Make   Model   Caliber

**63**

**#3**
○ Suspect
○ Missing

a. Race
○ Asian  ○ White
○ Black  ○ Latino/Hispanic

○ Unknown
○ Other

b. Sex
○ Male  ○ Unknown
○ Female

c. Exact Age or Range   d. Height   e. Weight   f. Eyes   g. Hair

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol  ○ Drugs |
| | | | | | | | | ○ Computer  ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

Firearm
○ Handgun  ○ Shotgun  ○ Other
○ Revolver  ○ Semi-automatic  firearm
○ Rifle  ○ Automatic

Other
○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)
○ Blunt object  ○ None
○ Motor vehicle  ○ Unknown

Color   Make   Model   Caliber

*Value of vehicles to be entered by Information Processing section

CCN _____ 131666

PAGE 2

**PART V - MISSING PERSONS**

**64** PROBABLE CAUSE OF ABSENCE AND DESTINATION

**65** COMPLAINT NUMBER

081536

**66** IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED:

**67** CLASSIFICATION
○ Critical
○ Non-critical

**68** CLASSIFIED BY:

**69** PHYSICAL/MENTAL CONDITION (i.e., diabetic)

**70** DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED

**71** NAME OF PARENT/GUARDIAN

**72** ADDRESS OF PARENT/GUARDIAN

**73** IF JUVENILE, ENTER MOTHER'S MAIDEN NAME

**74** MISSING PERSON SECTION NOTIFIED (Name)

**75** NARRATIVE    Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

C-1 reports on C-7/9/06 at approximately 1945 hours, S-1 phoned her residence asking why C-1 had left his home. C-1 reports S-1 was angry she left and stated he was coming over to her residence to punch her in the face. Several minutes passed and S-1 pulled into the parking lot at the event location in the listed vehicle. S-1 stood outside C-1's living room window screaming for her to come outside. C-1 refused and asked S-1 to leave. S-1 again stated he was going to punch C-1 in the face. S-1 then jumped up and grabbed the window sill and lifted himself up to the window. C-1 rushed to the window in an attempt to close and lock the windows. S-1 lifted his leg and kicked the screen through the window and began climbing inside of C-1's apartment. C-1 fled the apartment and ran to a neighbor's apartment for help. S-1 ran through C-1's apartment and followed her into the hallway where he began to punch her about the body. C-1 shielded her face with her arms and fell to the ground. S-1 continued to punch and kick C-1 approximately 20 times about the body causing the listed injuries. S-1 then fled the building on foot through the front door. C-1 refused medical treatment.

**76** EVIDENCE TECHNICIAN/CSES #    Bond 9232

**77** NAME OF INVESTIGATOR NOTIFIED    V. Covington

**78** TELETYPE NOTIFIED (Name)

NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED

**79** TELETYPE #

**80** REPORTING OFFICER'S SIGNATURE    ELEMENT    6D

**81** OTHER POLICE AGENCY
(Indicate if report prepared by officer other than MPD)
○ USCP
○ USSS
○ METRO TRANSIT
○ OTHER

**82** SECOND OFFICER'S NAME    ELEMENT

**83** SIGNATURE OF SUPERVISOR    ELEMENT    6D

C.M. McConnell

Sgt. CM Claw

# Metropolitan Police Department
## Incident Based Event Report
Washington, D.C.

## PART I. CLASSIFICATION OF EVENT

**1. TYPE OF REPORT**
- ○ Offense
- ● Incident

FILL IN THE OVALS COMPLETELY
Right Mark ●
Wrong Marks ⊘ ⊗ ⊖

**2. DATE AND TIME OF EVENT**

Start Date: Month Feb, Day 2 7, Year 0 5
Start Time: Hour 0 0, Minute 3 3

**3. DATE OF REPORT:** Month Feb, Day 2 7, Year 0 5

**4. TIME OF REPORT:** Hour 0 0, Minute 4 0

**5. DISTRICT** 6
**6. SECTOR** 0 3
**7. BEAT** 1
**8. COMPLAINT NUMBER** 3 1 6 6

**9. EVENT LOCATION ADDRESS**
3424 B St, SE #202
- ○ Rear of
- ○ In front of
- ○ Along side of
- ○ Inside of
- ○ NW Corner
- ○ NE Corner
- ○ SW Corner
- ○ SE Corner

**10. REPORT RECEIVED BY**
- ○ TRU
- ● On-scene
- ○ Walk-in
- ● Radio run

**11. IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?**
- ● Yes
- ○ No

**12. PROPERTY TYPE**
- ○ Public
- ● Private

**13. EVENT NO. 1**
Family Disturbance

**14. EVENT NO. 2**
0011

**15. EVENT NO. 3**

**16. FORCED ENTRY**
- ○ Yes
- ○ No

**17. POINT OF ENTRY**

**18. a. Method Used**
**b. Tools Used**

**19. WEATHER CONDITIONS**
- ○ Clear
- ○ Cloudy
- ○ Rain
- ○ Snow
- ○ Other
- ● Not applicable
- ○ Unknown

**20. SUSPECTED HATE CRIME?**
- ● None
- ○ Racial
- ○ Ethnic
- ○ Religious
- ○ Sexual Orientation
- ○ Other

**21. SECURITY SYSTEM (Mark all that apply)**
- ○ Alarm/Audio
- ○ Alarm/Silent
- ○ Camera
- ○ Dog
- ○ Dead bolt
- ○ Unlocked
- ○ Exterior lights
- ○ Interior lights
- ○ Fence
- ○ Guard
- ○ Neighborhood watch
- ○ Other
- ● Not applicable
- ○ Unknown

**22. LOCATION TYPE (Mark only one)**
- ○ Air/Bus/Train terminal
- ○ Alley
- ○ Bank/Savings & loan
- ○ Bus stop
- ○ Church/Synagogue/Temple
- ○ College/University
- ○ Commercial office building
- ○ Construction site
- ○ Convenience store
- ○ Department/Discount store
- ○ D.C. government building
- ○ Doctor's office/Hospital
- ○ Drug store
- ○ Federal/Government bldg.
- ○ Field/Woods
- ○ Grocery/Supermarket
- ○ Hotel/Motel/Etc.
- ○ Jail/Prison
- ○ Lake/Waterway
- ○ Liquor store
- ○ Park area
- ○ Parking lot/Parking garage
- ○ Public housing project
- ○ Public/Private school
- ○ Rental storage facility
- ● Residence/Home
- ○ Restaurant
- ○ Service station
- ○ Sidewalk
- ○ Specialty store
- ○ Street/Highway/Road
- ○ Tavern/Night club
- ○ Other
- ○ Not applicable
- ○ Unknown

**23. DESIGNATED AREAS (Mark all that apply)**
- ● Victim's vehicle
- ○ Suspect's vehicle
- ○ Taxi-cab
- ○ Bus
- ○ Train/Metro/Amtrak/Etc.
- ○ Hallway
- ○ Elevator
- ○ Stairwell
- ○ Basement/Laundry room
- ○ Apartment/Condo unit
- ● Single family dwelling
- ○ Hotel/Motel room
- ○ College/University dorm
- ○ Classroom
- ○ Office area
- ○ Vacant building/room
- ○ Customer area
- ○ Storage area
- ○ In public housing
- ○ W/in 1 block of public housing
- ○ W/in 1,000 ft. of school
- ○ Other
- ○ Not applicable
- ○ Unknown

## PART II. VICTIM INFORMATION

**24. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1**
Jones, Nicole

**25. RELATED TO EVENT NO(S).**
● ② ③ ④ ⑤ ⑥

**26. VICTIM TYPE**
- ● Individual
- ○ Business
- ○ Financial inst.
- ○ Government
- ○ Religious org.
- ○ Society/Public
- ○ Police officer
- ○ Other

**27. DATE OF BIRTH** Month Feb, Day 2 1, Year 8 8
- ○ Unknown
- ○ NA

**28. AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ● 18-65 yrs.
- ○ Over 65

**29. SEX**
- ○ Male
- ● Female
- ○ Unknown

**30. HOME PHONE**
( 202 ) 486-9862

**31. BUSINESS PHONE**

**32. RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native
- ○ Asian/Pacific Islander
- ● Black
- ○ Chinese
- ○ Latino/Hispanic
- ○ Jamaican
- ○ Japanese
- ○ Korean
- ○ Vietnamese
- ○ White
- ○ Other
- ○ Unknown/Refused

**33. HOME ADDRESS**
● DC Resident  ○ Non-DC Resident  ○ Unknown
10 49th St, SE #4

**34. BUSINESS ADDRESS/SCHOOL**
None

**OCCUPATION**
Unknown

**IS EVENT RELATED TO OCCUPATION?**
- ○ Yes
- ○ No
- ○ Unknown

**ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

**38. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1**
Turner, Lorenzo

**39. RELATED TO EVENT NO(S).**
● ② ③ ④ ⑤ ⑥

**40. VICTIM TYPE**
- ● Individual
- ○ Business
- ○ Financial inst.
- ○ Government
- ○ Religious org.
- ○ Society/Public
- ○ Police officer
- ○ Other

**41. DATE OF BIRTH** Month Mar, Day 0 5, Year 8 3
- ○ Unknown
- ○ NA

**43. AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ● 18-65 yrs.
- ○ Over 65

**44. SEX**
- ● Male
- ○ Female
- ○ Unknown

**HOME PHONE**
( 202 ) 746-6347

**45. BUSINESS PHONE**
( )

**46. RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native
- ○ Asian/Pacific Islander
- ● Black
- ○ Chinese
- ○ Latino/Hispanic
- ○ Jamaican
- ○ Japanese
- ○ Korean
- ○ Vietnamese
- ○ White
- ○ Other
- ○ Unknown/Refused

**47. HOME ADDRESS**
● DC Resident  ○ Non-DC Resident  ○ Unknown
3424 B St, SE #202

**48. BUSINESS ADDRESS/SCHOOL**
None

**49. OCCUPATION**
Unknown

**50. IS EVENT RELATED TO OCCUPATION?**
- ○ Yes
- ○ No
- ○ Unknown

**51. ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

**52. STATUS (Mark one)**
- ● Open
- ○ Unfounded
- ○ Closed
- ○ Suspended
- ○ Closed by arrest, attach PD-252

**53. REVIEWER**

**54. DISTRIBUTION**

PD-251 4/99

Printed in U.S.A.

PAGE 1

**55** IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON.
○ Yes  ○ No

Name: _____
Address: _____
Phone-Area Code: _____

| **56** DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?<br>○ Yes  ○ No | **56A** WAS PD FORM 378A ISSUED?<br>○ Yes  ● No | **57** IS CPO/TPO OUTSTANDING?<br>○ Yes  ○ No  ○ Unknown    IF YES, ENTER CPO/TPO #: |

**58** INJURIES  Use the following codes to describe injuries. (Mark all that apply)

N = None Visible
M = Apparent Minor Injury
B = Apparent Broken Bones
O = Other Major Injury
I = Possible Internal Injury
G = Gunshot
L = Severe Laceration
T = Loss of Teeth
U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ○ Victim | ① ② ③ ④ ⑤ ⑥ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑦ ⑧ ⑨ ⑩ | Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |
| ○ Victim | ① ② ③ ④ ⑤ ⑥ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑦ ⑧ ⑨ ⑩ | Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |
| ○ Victim | ① ② ③ ④ ⑤ ⑥ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑦ ⑧ ⑨ ⑩ | Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |
| ○ Victim | ① ② ③ ④ ⑤ ⑥ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes | | ○ Admitted |
| ○ Suspect | ⑦ ⑧ ⑨ ⑩ | Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ No | | ○ Released |

## PART III  PROPERTY

**59** Codes
S = Stolen
E = Evidence
R = Recovered
F = Found
I = Impounded
V = Vehicle from which theft occurred
D = Alleged drug type
L = Lost
P = Suspected proceeds of crime
O = Other

a. Property Book & Page No.

b. Location of Property Book

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**60** VEHICLE INFORMATION    Vehicle operated/used by: ○ Victim  ○ Suspect  ○ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**61**

**#1**
○ Suspect  ○ Missing

a. Race: ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other
b. Sex: ○ Male ○ Unknown ○ Female
c. Exact Age or Range
d. Height
e. Weight
f. Eyes
g. Hair

h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using ○ Alcohol ○ Drugs ○ Computer ○ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ○ Handgun ○ Shotgun ○ Other  ○ Revolver ○ Semi-automatic firearm ○ Rifle ○ Automatic
Other: ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown
Color | Make | Model | Caliber

**#2**
○ Suspect  ○ Missing

a. Race: ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other
b. Sex: ○ Male ○ Unknown ○ Female
c. Exact Age or Range
d. Height
e. Weight
f. Eyes
g. Hair

h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using ○ Alcohol ○ Drugs ○ Computer ○ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ○ Handgun ○ Shotgun ○ Other  ○ Revolver ○ Semi-automatic firearm ○ Rifle ○ Automatic
Other: ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown
Color | Make | Model | Caliber

**#3**
○ Suspect  ○ Missing

a. Race: ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other
b. Sex: ○ Male ○ Unknown ○ Female
c. Exact Age or Range
d. Height
e. Weight
f. Eyes
g. Hair

h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using ○ Alcohol ○ Drugs ○ Computer ○ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ○ Handgun ○ Shotgun ○ Other  ○ Revolver ○ Semi-automatic firearm ○ Rifle ○ Automatic
Other: ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown
Color | Make | Model | Caliber

*Value of vehicles to be entered by Information Processing section

CCN _____ 131666

**64 PROBABLE CAUSE OF ABSENCE AND DESTINATION**

**66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED:**

**67 CLASSIFICATION**
○ Critical
○ Non-critical

**68 CLASSIFIED BY:**

**69 PHYSICAL/MENTAL CONDITION (i.e., diabetic)**

**70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED**

**71 NAME OF PARENT/GUARDIAN**

**72 ADDRESS OF PARENT/GUARDIAN**

**73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME**

**74 MISSING PERSON SECTION NOTIFIED (Name)**

**75 NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

| Item Number Continued | |
|---|---|
| | C-1 and C-2 have have been dating for over one year.  C-1 states that she was involved in a heated verbal argument regarding the break-up of their relationship.  C-1 was advised with regard to stay-away orders and retrieving her property from C-2's apartment. |

**76 EVIDENCE TECHNICIAN/CSES #**

**77 NAME OF INVESTIGATOR NOTIFIED**

**78 TELETYPE NOTIFIED (Name)**

**79 TELETYPE #**

**80 REPORTING OFFICER'S SIGNATURE**
Seth R. Anderson

**ELEMENT** 6

**81 OTHER POLICE AGENCY** (indicate if report prepared by officer other than MPD)
○ USCP
○ USSS
○ METRO TRANSIT
○ OTHER

**82 SECOND OFFICER'S NAME**

**ELEMENT**

**83 SIGNATURE OF SUPERVISOR**

**ELEMENT** 6P

**BADGE NUMBER**

# EXHIBIT 3

4/24/07

Regarding: Nicole Jones

To: Judge Kotelly.

Nicole is a very sweet and Precious child. She has lived with me most of her life. I know her pretty well. She have never been in trouble. We are very close, I miss her spending the night with me. because of the curfew.

I am sorry that she met the young man she met, and caused her this trouble. by the time she found out about the things that he was doing, she told him she was leaving. He threatned her, her mother and her sister. which frightened her.

Your honor, all her life Nicole wanted to be a judge one day. but, that young man tried to talk her out of it. I don't know what is going to happen now with this court case. I just hope that she can forfill her wish or go into some form of law.

Thank you
Ms. Julienne Leary

My sister nicole is a nice, sweet,
Outgoing person. She is very responsibles.
I love her with all my heart.
She will do anything for me.
If she say she will do something
for me, she will. She always look
out and take care of me. The
one thing I love about my sister
the most is that she make sure
I am safe. mostly everyday she
will call me and ask me if I am
O.k. that is what I have to say
about my sister. I love her and
I know she loves me

By:
Mike Jones
4/16/07.

4/24/07

To: Whomever it may concern,

I am writing this letter about Nicole Jones.
Nicole is a good person. She knows how to lift
you up when you're feeling down. I love the fact
that we were always close. We were always
inseperable. I've always admired the way Nicole
speaks her mind. She'll give the answer to you
straight up. Nicole is a great cousin. She'll
be there for you. I'm proud to be related to her.
And we share a lot of good memories, and many
more to come. We love her.

Love,

Angel Jones (cousin)