HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-336</u> |
| vs. | : | SSN: _____ |
| JONES, Nicole | : | Disclosure Date: <u>May 9, 2007</u> |

**FILED**
JUN 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
(✓) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____5-11-07_____
Prosecuting Attorney                                   Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____6/20/07_____
Defendant         Date                              Defense Counsel         Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 23, 2007</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Chief
     United States Probation Officer

**Receipt and Acknowledgment**  Page 2

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 5-11-07

| | | |
|---|---|---|
| **Jonathan Jeffress/DCF/DC/FDO@FDO**<br>05/29/2007 08:40 AM | To | Tennille Losch/DCP/DC/USCOURTS@USCOURTS@USCEXT |
| | cc | |
| | bcc | |
| | Subject | Jones PSR |

Tenille: Here are my objections. I will get you the actual signed R&A when I get back from Miami in a week.

Para 7 shld say "place her on probation *before judgment* ...", as that is the procedure set out in section 3607.

Para 42 -- why do you think she will be unemployed at sentencing? I think she will still have the job as a security guard, correct? That is my information.

Para 44 -- she is a security guard and this was a misdemeanor marijuana conviction for possession; it did not involve any actual drug use. For that and other reasons, we respectfully submit that there is no third party risk in this case.

Para 48 -- Ms. Jones and her mother make an extremely limited income. THere is no ability to pay a fine.