PROB 12A-DC
(Rev. 03/07)

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED
MAY 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. <u>Nicole V. Jones</u>                     Docket No.: <u>06-336-02</u>

### REQUEST FOR COURSE OF ACTION
(Hearing on Violation of Supervised Release )

COMES NOW <u>Elizabeth Suarez</u>, SENIOR U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Nicole V. Jones</u>, who was placed on Supervised Release by the Honorable <b>Colleen Kollar-Kotelly</b>, United States District Judge, sitting in the Court at Washington, DC, on the <b>20th</b> day of <b>June, 2007</b>, who fixed the period of probation at <u>one</u> year, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

Special conditions ordered include:

- participate in a mental health treatment program;
- complete 50 hours of community service;
- complete GED; and
- stay employed/vocational program

On June 20, 2007, after having pled guilty to Simple Possession of Marijuana, Ms. Jones was sentenced to probation as provided in 18 USC § 3607 for a period of one year. A $25 special assessment was imposed (satisfied).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### Statement of Alleged Violation of Supervised Release

1. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. (Standard Condition)

**JONES, Nicole V.**
**Docket No.: 06-336-02**
**Page 2**

Respectfully Submitted,

Elizabeth Suarez
Senior United States Probation Officer
Mental Health Treatment Specialist

Approved By: _____
Darryl L. Hughes, Supervising
United States Probation Officer
Tel: (202) 565-1338