UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA



**FILED**

MAY 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. <u>**Nicole Jones**</u>                                          Docket No.: <u>**06-336-02**</u>

### REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** a Hearing on Violation of probation with voluntary appearance of <u>**Nicole Jones**</u> before the ~~Court~~ *Magistrate Judge to be scheduled as soon as possible.*

### ORDER OF COURT

Considered and ordered this ____22____ day of ____May____, 2008.

_____
Colleen Kollar-Kotelly.
United States District Judge