UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.   Cr. No. 06-336-02 (CKK/JMF)

**NICOLE JONES,**

**Defendant.**

### REPORT AND RECOMMENDATION

This Court sentenced the defendant to one year's probation upon her conviction of possession of marijuana. Her term of probation will end on June 19, 2008, ten days from today.

The defendant admits to using marijuana on one occasion during her probation but her recent tests for marijuana use have been negative. Her present probation officer has advised her that she could not complete the fifty hours of community service to which she was sentenced after her positive test. It will now be impossible for her to complete the 50 hours between today and June 19, 2008, the last day of her probation. I therefore proposed to defendant that she consent to the extension of her probation for the limited purpose of completing her community service. Defendant is willing to do so but believes that it is unfair to insist that she complete all 50 hours. She explains, and her probation officer confirms, that her prior probation officer mistakenly advised her that the defendant's caring for a sick friend who has lupus would suffice. The defendant claims that she performed the 50 hours of community service by caring for her sick friend but that, or course, has never been verified.

The matter has been referred to me to consider the claimed violation of probation and that issue has been resolved by defendant's concession of the use of marijuana which permits the court to extend her probation. 18 U.S.C. § 3566(a)(1). I therefore recommend that the Court extend her probation until September 30, 2008 to permit her to complete the 50 hours of community service.

I am recommending that the defendant now do the fifty hours of community because I believe that her marijuana use warrants the sanction of requiring her to perform her 50 hours of community service under the supervision of the Probation Office, even if the defendant has helped her friend.

```
                                    _____/S/_____
                                    JOHN M. FACCIOLA
                                    UNITED STATES MAGISTRATE JUDGE
```

Dated: June 10, 2008