UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NICOLE V. JONES,<br><br>Defendant. | Crim. Action No. 06-336-02  (CKK)<br><br>**FILED**<br>JUN 1 0 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

This matter comes before the Court upon the receipt of a Report and Recommendation dated June 10, 2008, from Magistrate Judge John Facciola, that recommends extending Defendant's probation until September 30, 2008, to permit her to complete the 50 hours of community service previously imposed.

Accordingly, it is this 10th day of June, 2008,

**ORDERED** that the Report and Recommendation will be considered at a hearing scheduled for Tuesday, June 17, 2008, at 9:15 a.m. in Courtroom 28A, 6th Floor of the Annex.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Jonathan Jeffress, AFPD
Nicole Jones
Jean Sexton, AUSA
Elizabeth Suarez, U.S. Probation Officer
Pretrial Services

